FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jul 20, 2021
Tammy H. Downs, Clerk
By: LaShawnColeman D.C.
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA										PLAINTIFF

vs.					CASE NO. 4:21-mj-00160-JTK

CALEB BROWN											DEFENDANT

## ORDER OF DETENTION

The Defendant appeared with appointed counsel Molly Sullivan on this date for an initial appearance. The Government requested detention, and the Defendant waived his right to a preliminary hearing and a bond hearing at this time but reserved the right to a hearing at a later date. Defendant is therefore detained and remanded to the custody of the United States Marshals Service (USMS) pending trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, where feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE